# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00367-CV

**Robert Scott, in his Official Capacity as Commissioner of Education, Appellant**

**v.**

**Gulf Shores Academy, Inc., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-GN-06-001421
## HONORABLE GISELA D. TRIANNA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from a temporary injunction entered by the trial court on June 9, 2006. Pursuant to the request of appellant Robert Scott, in his official capacity as Commissioner of Education,[1] this Court abated the instant appeal on September 8, 2006. The appeal was reinstated on May 4, 2009. Upon its own motion, this Court requested the trial court to supplement the record with a copy of the docket sheet showing all proceedings from the date this Court abated the appeal to present. Upon review of the docket sheet, this Court determined that the trial court signed an "Agreed Permanent Injunction Order" on April 19, 2007. Because the trial court has rendered an agreed permanent injunction, we conclude that the instant appeal from the trial court's temporary injunction is now moot. *See Richards v. Mena*, 820 S.W.2d 372, 372 (Tex. 1991)

---

[1] We substitute Robert Scott for Shirley Neeley as the Commissioner of Education. *See* Tex. R. App. P. 7.2(a).

(holding that appeal of a temporary injunction was rendered moot by the rendering of a permanent injunction); *Coalition of Cities for Affordable Utility Rates v. Third Court of Appeals*, 787 S.W.2d 946, 947 (Tex. 1990) (orig. proceeding) (same). We therefore dismiss the instant appeal.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed as Moot

Filed:   August 21, 2009